UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| Todd Stoltz, | ) | Case No.: 3:12-cv-01537-MO |
| Plaintiff, | ) | |
| v. | ) | ORDER AWARDING ATTORNEY FEES PER 28 USC 2412(d) |
| CAROLYN COLVIN, Acting Commissioner, Social Security Administration | ) | |
| Defendant. | ) | |

Petitioner's Motion for Award of Attorney Fees per 28 USC 2412(d) is granted.

Payment to Plaintiff's Counsel of $3,267.20 is approved.

IT IS SO ORDERED this \_11\_ day of Sep, 2013.

_____
UNITED STATES DISTRICT JUDGE

Proposed Order submitted:                    Date: August 9, 2013

_____
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Todd Stoltz

Page 3 – PLAINTIFF'S FEE PETITION

Attachment A
Statement of Services -Todd Stoltz

| Date | Time | Rate | | Description |
|---|---|---|---|---|
| 7/30/2012 | 0.75 | $184.32 | $138.24 | Review Appeals Council decision; phone call with client |
| 9/19/2012 | 0.5 | $184.32 | $92.16 | Prepare and file complaint |
| 3/19/2013 | 0.5 | $186.88 | $93.44 | Begin review of exhibits |
| 3/20/2013 | 2.5 | $186.88 | $467.20 | Continue review of exhibits |
| 4/11/2013 | 3 | $186.88 | $560.64 | Research relevant law; begin draft of brief |
| 4/26/2013 | 9 | $186.88 | $1,681.92 | Complete opening brief and file |
| 6/28/2013 | 0.25 | $186.88 | $46.72 | Review proposed stipulation |
| 7/22/2013 | 1 | $186.88 | $186.88 | Prepare fee petition |
| Total | 17.5 Hours | | $3,267.20 | |